| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939 Fax: (213)388-2411<br>California State Bar Number: 175497<br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br><br>CASE NUMBER 2:10-bk-22821-EC |
|---|---|
| In re<br><br>Martin Alejandro Osorio<br><br><br><br>Debtor(s). | DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS<br><br>LOCAL BANKRUPTCY<br>RULE 3015-1(m) |

I, __Martin Alejandro Osorio__ *(Debtor's name)*, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on __4/03/2010__.

2. I am the owner of real property[1] at the following street address:

   __14002 Cerise Ave__

   __Hawthorne, CA 90250__ (the "Property").

3. The Property is encumbered by the following deeds of trust:

   a. First deed of trust in favor of __Wells Fargo Home Mortgage__

   b. Second deed of trust in favor of __GMAC Mortgage (Lam)__ *(if applicable)*.

   c. Third deed of trust in favor of ____ *(if applicable)*.

*(Continued on next page)*

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

F 3015-1.4
Best Case Bankruptcy

| In re | | CHAPTER 13 |
|---|---|---|
| Martin Alejandro Osorio | | |
| | Debtor(s). | CASE NUMBER 2:10-bk-22821-EC |

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| Wells Fargo Home Mortgage PO BOX 30427 Los Angeles, CA 90030 | $2,126.61 | 1-15th May 2010 | 05/12/2010 |
| | $2,126.61 | 1-15th June 2010 | 06/01/2010 |
| | | | |
| Creditor | | | |
| GMAC Mortgage PO BOX 79135 Phoenix, AZ 85062 | $348.00 | 1-15th May 2010 | 05/12/2010 |
| | $348.00 | 1-15th June 2010 | 06/01/2010 |
| | | | |
| Creditor | | | |
| | | | |
| | | | |
| | | | |
| | | | |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

(Continued on next page)

---

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5]"Due Date" refers to the last day the Payment can be paid without a late charge penalty.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com    Best Case Bankruptcy

Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments    F 3015-1.4
Local Bankruptcy Rule 3015-1(m) - Page 3 of 5

| In re<br>Martin Alejandro Osorio | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 2:10-bk-22821-EC |

6. Attached to this declaration are copies of the:

   ☒ cashier's checks,    ☐ money orders,    ☐ certified funds, or

   ☐ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

   ☒ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

   ☐ acknowledgment(s) signed by the Creditor's representative, or

   ☐ other documents that prove delivery of the Payments described in Paragraph 4 above.

   I declare under penalty of perjury that the foregoing is true and correct.

Date  June 23, 2010              Signature  _____
                                            Martin Alejandro Osorio
                                            Debtor

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                    F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                    Best Case Bankruptcy

L. Bishop Austin, Esq. (SBN 175497)
L. BISHOP AUSTIN & ASSOCIATES
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Tel: (213)388-4939  Fax (213)388-2411
Email: lbishopbk@yahoo.com
Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In Re: | CHAPTER 13 |
|---|---|
| Martin Alejandro Osorio | CASE NO: 2:10-bk-22821-EC |
| Debtor(s) | DECLARATION RE: MORTGAGE PAYMENT SENT TO LENDER(s) [NO HEARING REQUIRED] |

I, Martin Alejandro Osorio, am the debtor in this case, and the statements made herein are true and of my own knowledge and if called upon and sworn, I could and would testify competently thereto.

On May 12, 2010 I purchased and sent the mortgage payment $2,126.61 to my lender —Wells Fargo Home Mortgage, to the following address: PO BOX 14411 Des Moines, IA 50306-3411. See attached copy of the money order(s).

This payment is for the month of May, 2010.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 23, 2010

_____
Debtor

_____
Joint Debtor

## Transaction Record

All deposits and payments are subject to bank verification.
Deposits may not be available for immediate withdrawal.

**Thank you for banking with us.**

WELLS FARGO



05-12-10
708 015523 7167
7126-61
00845
03 Nancy

BRH9579 (10-04 P2662)

L. Bishop Austin, Esq. (SBN 175497)
L. BISHOP AUSTIN & ASSOCIATES
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Tel: (213)388-4939  Fax (213)388-2411
Email: lbishopbk@yahoo.com
Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

In Re:

Martin Alejandro Osorio

        Debtor(s)

CHAPTER 13
CASE NO: 2:10-bk-22821-EC

DECLARATION RE: MORTGAGE PAYMENT SENT TO LENDER(s)
[NO HEARING REQUIRED]

I, Martin Alejandro Osorio, am the debtor in this case, and the statements made herein are true and of my own knowledge and if called upon and sworn, I could and would testify competently thereto.

    On May 12, 2010 I purchased and sent my mortgage payment of $348.00 to my lender –GMAC Mortgage, to the following address: PO BOX 79135 Phoenix, AZ 85062. See attached copy of the money order(s).

    This payment is for the month of May, 2010.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 23, 2010

                                      _____
                                                Debtor

                                      _____
                                        Joint Debtor

| 02552 | 11-24 |
|---|---|
| Office AU # | 1210(8) |

Purchaser: DIEGO L CARMONA
Purchaser Account: 6794935878
Operator I.D.: cu003812

**OFFICIAL CHECK**

SERIAL #: 0255202369
ACCOUNT #: 4861-505341

May 12, 2010

PAY TO THE ORDER OF       \*\*\*GMAC MORTGAGE\*\*\*

\*\*\*Three hundred forty-eight dollars and no cents\*\*\*

\*\*$348.00\*\*

WELLS FARGO & COMPANY ISSUER
420 MONTGOMERY STREET
SAN FRANCISCO, CA 94163
PAYABLE AT WELLS FARGO BANK, N.A.
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER—IF THIS INSTRUMENT IS LOST, STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION AND REISSUANCE. AS A CONDITION TO CANCELLATION AND REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $ 348.00

**NON-NEGOTIABLE**

**Purchaser Copy**

FB001  M---- 095775 10

May 2010.

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here: MAY 12 2010

7009 3410 0002 4129 8253

Sent To: GMAC Mortgage
Street, Apt. No.; or PO Box No.: PO BOX 79135
City, State, ZIP+4: Phoenix, AZ 85062

PS Form 3800, August 2006  See Reverse for Instructions

May 2010