| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939 Fax: (213)388-2411<br>California State Bar Number: 175497<br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | |

| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER 13<br><br>CASE NUMBER 2:10-bk-22821-EC |
|---|---|
| In re<br><br>Martin Alejandro Osorio<br><br><br><br>Debtor(s). | **DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS**<br><br>**LOCAL BANKRUPTCY RULE 3015-1(m)** |

I, __Martin Alejandro Osorio__ *(Debtor's name),* hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on __4/03/2010__ .

2. I am the owner of real property[1] at the following street address:

    __14002 Cerise Ave__

    __Hawthorne, CA 90250__                                                         (the "Property").

3. The Property is encumbered by the following deeds of trust:

    a. First deed of trust in favor of __Wells Fargo Home Mortgage__

    b. Second deed of trust in favor of __GMAC Mortgage (Lam)__    *(if applicable).*

    c. Third deed of trust in favor of ____    *(if applicable).*

*(Continued on next page)*

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 3015-1.4**
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com    Best Case Bankruptcy

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*   F 3015-1.4
*Local Bankruptcy Rule 3015-1(m) - Page 2 of 3*

| In re  Martin Alejandro Osorio | Debtor(s). | CHAPTER 13  CASE NUMBER 2:10-bk-22821-EC |
|---|---|---|

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| Wells Fargo Home Mortgage  PO BOX 30427  Los Angeles, CA 90030 | $2,126.61 | 1-15th May 2010 | 05/12/2010 |
| | $2,126.61 | 1-15th June 2010 | 06/01/2010 |
| | $2,126.61 | 1-15th July 2010 | 07/06/2010 |
| Creditor | | | |
| GMAC Mortgage  PO BOX 79135  Phoenix, AZ 85062 | $348.00 | 1-15th May 2010 | 05/12/2010 |
| | $348.00 | 1-15th June 2010 | 06/01/2010 |
| | $348.00 | 1-15th July 2010 | 07/03/2010 |
| Creditor | | | |
| | | | |
| | | | |
| | | | |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

*(Continued on next page)*

---

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5]"Due Date" refers to the last day the Payment can be paid without a late charge penalty.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                  F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                        Best Case Bankruptcy

Main Document    Page 3 of 7

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*
Local Bankruptcy Rule 3015-1(m) - Page 3 of 3

F 3015-1.4

| In re<br>Martin Alejandro Osorio | Debtor(s). | CHAPTER 13<br>CASE NUMBER 2:10-bk-22821-EC |
|---|---|---|

6. Attached to this declaration are copies of the:

   ☒ cashier's checks,    ☐ money orders,    ☐ certified funds, or

   ☐ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

   ☐ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

   ☐ acknowledgment(s) signed by the Creditor's representative, or

   ☒ other documents that prove delivery of the Payments described in Paragraph 4 above.

   I declare under penalty of perjury that the foregoing is true and correct.

   Date  July 06, 2010              Signature  _____
                                                Martin Alejandro Osorio
                                                Debtor

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 3015-1.4

*January 2009*

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy

L. Bishop Austin, Esq. (SBN 175497)
L. BISHOP AUSTIN & ASSOCIATES
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Tel: (213)388-4939  Fax (213)388-2411
Email: lbishopbk@yahoo.com
Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In Re:<br><br>Martin Alejandro Osorio<br><br>Debtor(s) | CHAPTER 13<br>CASE NO: 2:10-bk-22821-EC<br><br>DECLARATION RE: MORTGAGE PAYMENT SENT TO LENDER(s)<br>[NO HEARING REQUIRED] |

I, Martin Alejandro Osorio, am the debtor in this case, and the statements made herein are true and of my own knowledge and if called upon and sworn, I could and would testify competently thereto.

On July 06, 2010 I purchased and sent the mortgage payment $2,126.61 to my lender –Wells Fargo Home Mortgage, to the following address:  PO BOX 14411 Des Moines, IA 50306-3411. See attached copy of the money order(s).

This payment is for the month of July, 2010.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 08, 2010

_____
Debtor

_____
Joint Debtor

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

PHOENIX AZ 85062

| | | |
|---|---|---|
| Postage | $ | $0.44 | 0270 |
| Certified Fee | | $2.80 | |
| Return Receipt Fee (Endorsement Required) | | $0.00 | |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $3.24 | 902508 2010 |

Sent To: Wells Fargo Home Mortgage
Street, Apt. No.; or PO Box No.: PO BOX 30427
City, State, ZIP+4: Los Angeles, CA 90030

7000 1670 0011 7773 1734

---

Wells Fargo Bank
Transaction Record

Store # 02552 04  Mortgage Payment

MARTIN A OSORIO
Account Number         XXXXXXXXX7167
00528 MR

Cash In                     $0.00
Number of checks                2
                          $1,063.30
                          $1,063.31
Total Payment            $2,126.61

Transaction # 021 0026
11:37AM   07/03/10 Credited 07/06/10 *

*Payments may take 1 to 3 business days to post but will be credited to your account as of the Credited Date on your receipt. Please retain receipt as verification.

Avoid having your debit card declined...
Speak with a Banker today.

L. Bishop Austin, Esq. (SBN 175497)
L. BISHOP AUSTIN & ASSOCIATES
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Tel: (213)388-4939  Fax (213)388-2411
Email: lbishopbk@yahoo.com
Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In Re:<br><br>Martin Alejandro Osorio<br><br>Debtor(s) | CHAPTER 13<br>CASE NO: 2:10-bk-22821-EC<br><br>DECLARATION RE: MORTGAGE PAYMENT SENT TO LENDER(s)<br>[NO HEARING REQUIRED] |

I, Martin Alejandro Osorio, am the debtor in this case, and the statements made herein are true and of my own knowledge and if called upon and sworn, I could and would testify competently thereto.

On July 03, 2010 I purchased and sent my mortgage payment of $348.00 to my lender –GMAC Mortgage, to the following address: PO BOX 79135 Phoenix, AZ 85062. See attached copy of the money order(s).

This payment is for the month of July, 2010.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 08, 2010

_____
Debtor

_____
Joint Debtor

# CHASE ○

Keep this receipt as a record of your purchase.

FOR YOUR PROTECTION SAVE THIS COPY
**CASHIER'S CHECK**

Customer Copy

1085005016

07/03/2010

California

Remitter  LEON J CARMONA

$ \*\*\*\*\*\*\*\*\*\*\*\*348.00 \*\*\*

Pay To The
Order Of    GMAC MORTGAGE

CASE # LA10-22821-EC

CH 13

LOAN # 8359025511

Drawer:  JPMORGAN CHASE BANK, N.A.
**NON NEGOTIABLE**

TERMS

KEEP THIS COPY FOR YOUR RECORD OF THE TRANSACTION.
PLEASE CONTACT CHASE TO REPORT A LOSS OR FOR ANY OTHER INFORMATION ABOUT THIS ITEM.

07/06/2010  11:11   310--297-6835            FEDEX OFFICE   0370         PAGE  02