L. Bishop Austin, Esq. (SBN 175497)
L. BISHOP AUSTIN & ASSOCIATES
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Tel: (213)388-4939  Fax (213)388-2411
Email: lbishopbk@yahoo.com
Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In Re:<br><br>-Martin Alejandro Osorio-<br><br>Debtor(s) | **CHAPTER 13**<br>CASE NO: 2:10-bk-22821-EC<br><br>DECLARATION OF DEBTOR RE: CHAPTER 13 TRUSTEE PAYMENTS [NO HEARING REQUIRED] |

I, Martin Alejandro Osorio, am the debtor in this case, and the statements made herein are true and of my own knowledge and if called upon and sworn, I could and would testify competently thereto.

On August 02, 2010 I purchased and sent my Chapter 13 Plan Payment $280.00 to my Chapter 13 Trustee **KATHY A DOCKERY** to the following address: **CHAPTER 13 TRUSTEE, PO BOX 691, MEMPHIS, TN 38101-0691.** See attached copy of the money order(s). This payment is for the month of August, 2010.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 18, 2010

_____
Debtor

_____
Joint Debtor

1

**PERSONAL MONEY ORDER**

**citibank**                                                                 320402394

FC#00229 FA# 005          $5.00 ONL PIC                                       02-20
077-05 Ck. Ser.#  320402394                          DATE  08/02/10            311

                              * * * * * * * 280.00 * * *

PAY ****TWO HUNDRED EIGHTY DOLLARS****

TO THE ORDER OF: CHAPTER 13 TRUSTEE
CASE # LA10-22821-EC
Debtor: Martin Alejandro Osorio

PURCHASER'S SIGNATURE: Martin Osorio

ADDRESS: 14002 Cerise ave Hawthorne, CA 90250

NOT GOOD FOR MORE THAN $1,000.00
MEMO
Citibank, N.A. One Penn's Way
New Castle, DE 19720

⑆320402394⑆  ⑈031100209⑈  387629 24⑆

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

MEMPHIS, TN 38101          OFFICIAL USE

| | | |
|---|---|---|
| Postage | $0.44 | 0470 |
| Certified Fee | $2.80 | 14 |
| Return Receipt Fee (Endorsement Required) | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $3.24 | 08/02/2010 |

7010 1060 0000 1777 5475

Sent To: Chapter 13 trustee
Street, Apt. No.; or PO Box No.  PO Box 1691
City, State, ZIP+4  Memphis, TN 38101-1691

PS Form 3800, August 2006         See Reverse for Instructions