| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939 Fax: (213)388-2411<br>California State Bar Number: 175497<br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br>CASE NUMBER 2:10-bk-22821-EC |
|---|---|
| In re<br><br>Martin Alejandro Osorio<br><br><br>Debtor(s). | DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS<br><br>LOCAL BANKRUPTCY RULE 3015-1(m) |

I, **Martin Alejandro Osorio** *(Debtor's name)*, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on **4/03/2010**.

2. I am the owner of real property[1] at the following street address:

    **14002 Cerise Ave**

    **Hawthorne, CA 90250**                                    (the "Property").

3. The Property is encumbered by the following deeds of trust:

    a. First deed of trust in favor of **Wells Fargo Home Mortgage**

    b. Second deed of trust in favor of **GMAC Mortgage (Lam)** *(if applicable)*.

    c. Third deed of trust in favor of _____ *(if applicable)*.

*(Continued on next page)*

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

F 3015-1.4
Best Case Bankruptcy

Case 2:10-bk-22821-EC    Doc 26    Filed 08/27/10    Entered 08/27/10 16:49:07    Desc
Main Document    Page 2 of 8

*Declaration Setting Forth Postpetition Preconfirmation Deed of Trust Payments*    F 3015-1.4
Local Bankruptcy Rule 3015-1(m) - Page 2 of 3

| In re                       |            | CHAPTER 13                    |
| Martin Alejandro Osorio     | Debtor(s). | CASE NUMBER 2:10-bk-22821-EC  |

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| **Wells Fargo Home Mortgage** **PO BOX 30427** **Los Angeles, CA 90030** | $2,126.61 | 1-15th May 2010 | 05/12/2010 |
| | $2,126.61 | 1-15th June 2010 | 06/01/2010 |
| | $2,126.61 | 1-15th July 2010 | 07/06/2010 |
| Creditor | $2,126.61 | 1-15th August 2010 | 08/13/2010 |
| **GMAC Mortgage** **PO BOX 79135** **Phoenix, AZ 85062** | $348.00 | 1-15th May 2010 | 05/12/2010 |
| | $348.00 | 1-15th June 2010 | 06/01/2010 |
| | $348.00 | 1-15th July 2010 | 07/03/2010 |
| Creditor | $348.00 | 1-15th August 2010 | 08/18/2010 |
| | | | |
| | | | |
| | | | |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

*(Continued on next page)*

---

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5]"Due Date" refers to the last day the Payment can be paid without a late charge penalty.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                 F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com          Best Case Bankruptcy

Case 2:10-bk-22821-EC    Doc 26    Filed 08/27/10    Entered 08/27/10 16:49:07    Desc
Main Document    Page 3 of 8

Declaration Setting Forth Signature Preconfirmation Page 3 of 8 Payments    F 3015-1.4
Local Bankruptcy Rule 3015-1(m) - Page 3 of 3

| In re | | CHAPTER 13 |
|---|---|---|
| Martin Alejandro Osorio | Debtor(s). | CASE NUMBER 2:10-bk-22821-EC |

6. Attached to this declaration are copies of the:

   ☒ cashier's checks,    ☐ money orders,    ☐ certified funds, or

   ☐ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

   ☒ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

   ☐ acknowledgment(s) signed by the Creditor's representative, or

   ☐ other documents that prove delivery of the Payments described in Paragraph 4 above.

   I declare under penalty of perjury that the foregoing is true and correct.

Date  August 27 2010              Signature _____
                                              Martin Alejandro Osorio
                                              Debtor

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                           F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com    Best Case Bankruptcy

L. Bishop Austin, Esq. (SBN 175497)
L. BISHOP AUSTIN & ASSOCIATES
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Tel: (213)388-4939  Fax (213)388-2411
Email: lbishopbk@yahoo.com
Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In Re:<br><br>Martin Alejandro Osorio<br><br>Debtor(s) | CHAPTER 13<br>CASE NO: 2:10-bk-22821-EC<br><br>DECLARATION RE: MORTGAGE PAYMENT SENT TO LENDER(s)<br>[NO HEARING REQUIRED] |

I, Martin Alejandro Osorio, am the debtor in this case, and the statements made herein are true and of my own knowledge and if called upon and sworn, I could and would testify competently thereto.

On August 13, 2010 I went to Wells Fargo Bank and made my mortgage payment of $2,126.61 to my lender Wells Fargo Home Mortgage. See attached copy of the money order(s).

This payment is for the month of August, 2010.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 27, 2010

_____
Debtor

_____
Joint Debtor

```
Wells Fargo Bank
Transaction Record

Store # 00910 05  Mortgage Payment

MARTIN A OSORIO
Account Number      XXXXXXXX7167
00528 MR

Cash In                         $0.00
Number of Checks                    2
                            $1,063.31
                            $1,053.30
Total Payment               $2,126.61

Transaction # 155 0189
05:46PM  08/13/10 Credited: 08/13/10 *

*Payments may take 1 to 3 business days to
post but will be credited to your account
as of the Credited Date on your receipt.
Please retain receipt as verification.

Avoid having your debit card declined...
Speak with a Banker today.

Thank you, Christina
```

Payment
August 2010
10-22821-EC

**WELLS FARGO HOME MORTGAGE**

Return Mail Operations
PO Box 14411
Des Moines, IA 50306-3411

# For Informational Purposes

1MB  1954/001954/001954 008 01 AGNJA2 708

MARTIN A OSORIO
14002 CERISE AVENUE
HAWTHORNE CA 90250-8120

## Monthly Mortgage Statement

Statement Date 07/07/10
Loan Number 0155237167

### Customer Service

Online
wellsfargo.com/vm

Fax
(704) 329-3393

Telephone
(800) 274-7025
Hours of Operation
Mon - Fri, 8 AM - 5 PM (CT)

Correspondence
PO Box 10335
Des Moines IA 50306

Payments
PO Box 30427
Los Angeles CA 90030

TTY Deaf/Hard of Hearing
(800) 934-9998

### Important Messages

**GREAT NEWS!**
Congratulations you've completed one year of on-time payments under the Home Affordable Modification Program and you have qualified for an incentive payment.

The Home Affordable Modification Program incentive has been applied to reduce the principal balance on your account.

### Summary

| | |
|---|---|
| Payment (Principal and/or Interest, Escrow) | $2,126.61 |
| Optional Product(s) | $0.00 |
| **Current Monthly Payment** | **$2,126.61** |
| Overdue Payments | $0.00 |
| Unpaid Late Charge(s) | $0.00 |
| Other Charges | $0.00 |
| **TOTAL PAYMENT 08/01/10** | **$2,126.61** |

**Property Address**
14002 CERISE AVENUE
HAWTHORNE CA 90250
Unpaid Principal Balance  $347,491.27
*(Contact Customer Service for your payoff balance)*

| | |
|---|---|
| Interest Rate | 4.125% |
| Interest Paid Year-to-Date | $8,442.00 |
| Taxes Paid Year-to-Date | $1,820.56 |
| Escrow Balance | $1,857.76 |

### Activity Since Your Last Statement

| Date | Description | Total | Principal | Interest | Escrow | Late Charge | Other |
|---|---|---|---|---|---|---|---|
| 07/07 | PAYMENT | | $626.53 | $1,196.65 | $303.43 | | $2,126.61- |
| 07/06 | PAYMENT | $2,126.61 | | | | Unapplied | $2,126.61 |

This statement is for informational purposes only and is being provided as a courtesy should you voluntarily decide to make your loan payments. This statement should not be construed as an attempt to collect a debt or a demand for payment contrary to any protections you may have received pursuant to your bankruptcy case.

If you have received a discharge, and the loan was not reaffirmed in the bankruptcy case, we will only exercise our rights as against the property and we are not attempting any act to collect the discharged debt from you personally.

If your Plan requires you to make regular post-petition mortgage payments directly to the Bankruptcy Trustee, and you chose to maintain your mortgage payment, any payment should be remitted to the Trustee or otherwise in accordance with the Plan you filed with the Bankruptcy court.

L. Bishop Austin, Esq. (SBN 175497)
L. BISHOP AUSTIN & ASSOCIATES
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Tel: (213)388-4939  Fax (213)388-2411
Email: lbishopbk@yahoo.com
Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In Re:<br><br>Martin Alejandro Osorio<br><br>Debtor(s) | **CHAPTER 13**<br>CASE NO: 2:10-bk-22821-EC<br><br>DECLARATION RE: MORTGAGE PAYMENT SENT TO LENDER(s)<br>[NO HEARING REQUIRED] |
|---|---|

I, Martin Alejandro Osorio, am the debtor in this case, and the statements made herein are true and of my own knowledge and if called upon and sworn, I could and would testify competently thereto.

On August 02, 2010 I purchased and sent my mortgage payment of $348.00 to my lender GMAC Mortgage, to the following address: PO BOX 79135 Phoenix, AZ 85062. See attached copy of the money order(s).

This payment is for the month of August, 2010.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 27, 2010

_____
Debtor

_____
Joint Debtor

