L. Bishop Austin, Esq. (SBN 175497)
L. BISHOP AUSTIN & ASSOCIATES
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Tel: (213)388-4939  Fax (213)388-2411
Email: lbishopbk@yahoo.com
Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In Re:<br><br>-Martin Alejandro Osorio-<br><br>Debtor(s) | CHAPTER 13<br>CASE NO: 2:10-bk-22821-EC<br><br>DECLARATION OF DEBTOR RE: CHAPTER 13 TRUSTEE PAYMENTS [NO HEARING REQUIRED] |

I, Martin Alejandro Osorio, am the debtor in this case, and the statements made herein are true and of my own knowledge and if called upon and sworn, I could and would testify competently thereto.

On September 02, 2010 I purchased and sent my Chapter 13 Plan Payment $280.00 to my Chapter 13 Trustee **KATHY A DOCKERY** to the following address: **CHAPTER 13 TRUSTEE, PO BOX 691, MEMPHIS, TN 38101-0691**. See attached copy of the money order(s). This payment is for the month of September, 2010.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 03, 2010

_____
Debtor

_____
Joint Debtor

1

# CHASE

*September 2010*
*trustee plan payment.*

Keep this receipt as a record of your purchase.

*case # LA 10-22821-EC*
*Debtor: Martin A. Osorio.*

**FOR YOUR PROTECTION SAVE THIS COPY**
**CASHIER'S CHECK**

**Customer Copy**
1147603575
09/02/2010

California

Remitter  LEON J CARMONA

$ ************280.00 ***

Pay To The Order Of   CHAPTER 13 TRUSTEE

Drawer: JPMORGAN CHASE BANK, N.A.
**NON NEGOTIABLE**

**TERMS**
KEEP THIS COPY FOR YOUR RECORD OF THE TRANSACTION.
PLEASE CONTACT CHASE TO REPORT A LOSS OR FOR ANY OTHER INFORMATION ABOUT THIS ITEM.



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage  $
MEMPHIS TN 38101
Return Receipt Fee  $0.44
(Endorsement Required)
Restricted Delivery Fee  $2.80
(Endorsement Required)
Total Postage & Fees  $  $2.30

Sent To  *Chapter 13 Trustee*
Street, Apt. No.; or PO Box No.  *P.O. Box 5469*
City, State, ZIP+4  *Memphis, TN 38101*

7009 2820 0003 7389 8884

09/02/2010