| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939 Fax: (213)388-2411<br>California State Bar Number: 175497<br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br>CASE NUMBER 2:10-bk-22821-EC |
|---|---|
| In re<br><br>Martin Alejandro Osorio<br><br><br><br>Debtor(s). | **DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS**<br><br>**LOCAL BANKRUPTCY RULE 3015-1(m)** |

I, __Martin Alejandro Osorio__ (Debtor's name), hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on __4/03/2010__.

2. I am the owner of real property[1] at the following street address:

    __14002 Cerise Ave__

    __Hawthorne, CA 90250__ (the "Property").

3. The Property is encumbered by the following deeds of trust:

    a. First deed of trust in favor of __Wells Fargo Home Mortgage__

    b. Second deed of trust in favor of __GMAC Mortgage (A/P to avoid Jr lien)__ (if applicable).

    c. Third deed of trust in favor of ____ (if applicable).

(Continued on next page)

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

F 3015-1.4
Best Case Bankruptcy

Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments    F 3015-1.4
Local Bankruptcy Rule 3015-1(m) - Page 2 of 3

| In re | | CHAPTER 13 |
|---|---|---|
| Martin Alejandro Osorio | | |
| | Debtor(s). | CASE NUMBER 2:10-bk-22821-EC |

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| Wells Fargo Home Mortgage PO BOX 30427 Los Angeles, CA 90030 | $2,126.61 | 1-15th May 2010 | 05/12/2010 |
| | $2,126.61 | 1-15th June 2010 | 06/01/2010 |
| | $2,126.61 | 1-15th July 2010 | 07/06/2010 |
| Creditor | $2,126.61 / $2126.61 | 08-15-10 / 09-15-10 | 08-13-10 / 09-13-10 |
| GMAC Mortgage PO BOX 79135 Phoenix, AZ 85062 | $348.00 | 1-15th May 2010 | 05/12/2010 |
| | $348.00 | 1-15th June 2010 | 06/01/2010 |
| | $348.00 | 1-15th July 2010 | 07/03/2010 |
| Creditor | $348.00 | 1-15th August 2010 | 08/18/2010 |
| | $348.00 | 1-15th September 2010 | 09/02/2010 |
| | | | |
| | | | |
| | | | |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

(Continued on next page)

---

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5]"Due Date" refers to the last day the Payment can be paid without a late charge penalty.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                          F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                    Best Case Bankruptcy

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*  F 3015-1.4
Local Bankruptcy Rule 3015-1(m) - Page 3 of 3

| In re                      |            | CHAPTER 13                    |
|----------------------------|------------|-------------------------------|
| Martin Alejandro Osorio    |            |                               |
|                            | Debtor(s). | CASE NUMBER 2:10-bk-22821-EC  |

6. Attached to this declaration are copies of the:

   ☒ cashier's checks,   ☒ money orders,   ☐ certified funds, or

   ☐ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

   ☒ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

   ☒ acknowledgment(s) signed by the Creditor's representative, or

   ☐ other documents that prove delivery of the Payments described in Paragraph 4 above.

   I declare under penalty of perjury that the foregoing is true and correct.

Date  September 28, 2010                Signature  _____
                                                   Martin Alejandro Osorio
                                                   Debtor

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                  F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                Best Case Bankruptcy

# U.S. Bankruptcy Court
## Central District Of California

Thank you. Your transaction in the amount of **$ 274.00** has been completed.

Please print a copy of your transaction receipt for future reference. The transaction number is **16592873**.

**Detail description:**
Voluntary Petition (Chapter 13)(6:10-bk-41643) [misc,volp13] ( 274.00)

Close window

CH13 LA10-22821-EC
ch13
Mortgage pmt. September 1st 2010

**Wells Fargo Bank**
**Transaction Record**

Store # 00845 13  Mortgage Payment

MARTIN A OSORIO
Account Number         XXXXXXXX7167
00528 MR

Cash In                    $0.00
Number of checks              1
                          $2,126.61
Total Payment             $2,126.61

Transaction # 006 0009
09:12AM   09/13/10  Credited: 09/13/10 #

#Payments may take 1 to 3 business days to post but will be credited to your account as of the Credited Date on your receipt. Please retain receipt as verification.

Create a budget and track your daily spending to help you discover places to save.

Thank you, Tamaca



Keep this receipt as a record of your purchase.

case # LA10-22821-EC
chapter 13
Loan # 0359025511

Mortgage pmt 2nd 2010
Sept.

FOR YOUR PROTECTION SAVE THIS COPY
**CASHIER'S CHECK**

**Customer Copy**
1147603576
09/02/2010

California

Remitter  LEON J CARMONA

$ ************348.00 ***

Pay To The Order Of   GMAC MORTGAGE

Drawer: JPMORGAN CHASE BANK, N.A.
**NON NEGOTIABLE**

**TERMS**
KEEP THIS COPY FOR YOUR RECORD OF THE TRANSACTION.
PLEASE CONTACT CHASE TO REPORT A LOSS OR FOR ANY OTHER INFORMATION ABOUT THIS ITEM.



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

PHOENIX AZ 85062
Postage  $  $0.44    0450
Certified Fee   $2.80
Return Receipt Fee (Endorsement Required)  $2.30
Restricted Delivery Fee (Endorsement Required)  $0.00
Total Postage & Fees  $  $5.54

Sent To  GMAC Mortgage
Street, Apt. No.; or PO Box No.  P-O BOX 79130
City, State, ZIP+4  Phoenix, AZ 85062-9130

7009 2820 0003 7389 8677